UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

JEAN COMPAS and ISABEL GONZALEZ,

                Plaintiffs,

                -v.-

UNITED STATES OF AMERICA,

                Defendant.

20 Civ. 477 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

    On April 17, 2020, this Court issued an Order to show cause why this action should not be dismissed due to Plaintiffs' failure to serve Defendant. (Dkt. #13). The Court issued the Order pursuant to Federal Rule of Civil Procedure 4(m), which requires a court to dismiss a case if a defendant has not been served within 90 days of the filing of a complaint. That same day, Plaintiffs filed an affidavit of service of summons and complaint. (Dkt. #14). The affidavit indicates that service occurred on April 13, 2020, within the 90-day window afforded by the Federal Rules of Civil Procedure. (*Id.*). Therefore, the Court WITHDRAWS its prior order to show cause. Furthermore, the Court ORDERS that the parties appear for an initial pretrial conference on June 24, 2020, at 2:30 p.m. The Court directs the parties to the prior Notice of Initial Pretrial Conference (Dkt. #3) for information on what is expected at the conference.

    SO ORDERED.

Dated: April 20, 2020
       New York, New York

                                        KATHERINE POLK FAILLA
                                       United States District Judge